# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ROSE PHOMMANYVONG,<br>        Plaintiff | ) <br> ) <br> ) |
| v. | ) **Case No.:** 4:18-cv-00038 <br> ) |
| KOHLS DEPARTMENT STORES, INC.,<br>        Defendant | ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

          NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: <u>March 28, 2019</u>

BY: */s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: 1 (877) 600-2112
Email: jhoeffel@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2019, a true and correct copy of the

foregoing pleading was served via ECF to the below:


Lance W Lange, Esq.
Faegre Baker Daniels LLP
801 Grand Avenue
Floor 33
Des Moines IA 50309
(515) 248-9000
Email: Lance.Lange@FaegreBD.com


Dated: <u>March 28, 2019</u>                    BY: <u>*/s/ Joseph C. Hoeffel*</u>
                                               Joseph C. Hoeffel, Esquire
                                               Kimmel & Silverman, P.C.
                                               30 E. Butler Avenue
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888
                                               Facsimile: 1 (877) 600-2112
                                               Email: jhoeffel@creditlaw.com
                                               Attorney for the Plaintiff