# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ROSE PHOMMANYVONG, § § Plaintiff, § § v. § § KOHL'S DEPARTMENT STORES, INC., § § Defendant. § § § | Civil Action No. 4:18-cv-00038-CRW-HCA |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Brian D. Roth | */s/* Joseph C. Hoeffel |
| Brian D. Roth, Esq. | Joseph C. Hoeffel, Esq. |
| Sessions Fishman Nath & Israel, LLC | Kimmel & Silverman, P.C. |
| 3850 N. Causeway Boulevard | 30 East Butler Pike |
| Suite 200 | Ambler, PA 19002 |
| Metairie, LA 70002 | Phone: 215-540-8888 |
| Phone: 504-828-3737 | Fax: 877-788-2864 |
| Email: broth@sessions.legal | Email: jhoeffel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: May 20, 2019 | Date: May 20, 2019 |

BY THE COURT:

_____
J.

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Brian D. Roth, Esq.
Sessions Fishman Nath & Israel, LLC
3850 N. Causeway Boulevard
Suite 200
Metairie, LA 70002
Phone: 504-828-3737
Email:  broth@sessions.legal
Attorney for the Defendant

Dated: May 20, 2019                     By: /s/ Joseph C. Hoeffel
                                        Joseph C. Hoeffel, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        Email: jhoeffel@creditlaw.com
                                        Attorney for Plaintiff